THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
South Carolina
 Department of Social Services, Respondent,
 
 
 

v.

 
 
 
Michelle D. C.,
 Robert E. W., Defendants,
Of whom
 Michelle D. C. is the, Appellant.
 In the
 interest of a minor child under the age of 18 years.
 
 
 

Appeal From Spartanburg County
 James F. Fraley, Jr., Family Court Judge

Unpublished Opinion No. 2012-UP-008
Submitted January 2, 2012  Filed January
 12, 2012 

AFFIRMED

 
 
 
Griffin Littlejohn Lynch, of Spartanburg, for Appellant.
Deborah  Murdock, of Mauldin, for Respondent.
Michael Todd Thigpen, of Spartanburg, for Guardian ad Litem.
 
 
 

PER CURIAM: Michelle D. C. appeals from the family court's final order
 terminating her parental rights to her minor child.  See S.C. Code Ann. § 63-7-2570 (2010).  Upon a
 thorough review of the record and the family court's findings of fact and
 conclusions of law pursuant to Ex Parte Cauthen, 291 S.C. 465, 354
 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly,
 we affirm the family court's ruling. 
AFFIRMED.[1] 
FEW, C.J., THOMAS and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.